UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 03-10329-PBS |
| ) | |
| BRIMA A. WURIE, et al., ) | |
| Defendants. ) | |

### ORDER

January 3, 2005

Saris, U.S.D.J.

Upon motion of defendants Brima A. Wurie and Amando B. Monteiro, the Court orders the government to notify the defendants whether it intends to seek the death penalty with respect to any death eligible defendant by January 27, 2005. The trial for the death eligible defendants, as well as certain non-death eligible defendants, has been scheduled for April 11, 2005.

**S/PATTI B. SARIS**
United States District Judge