```
               IN THE DISTRICT COURT OF THE UNITED STATES

                 FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.  03-10329-PBS |
| | ) | |
| AMANDO MONTEIRO, | ) | |
| BRIMA WURIE, | ) | |
| ANGELO BRANDAO, | ) | |
|     and | ) | |
| LOUIS RODRIGUES, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF INTENT NOT TO SEEK DEATH PENALTY AS TO
DEFENDANTS MONTEIRO, WURIE, BRANDAO, AND RODRIGUES**

  The United States of America notifies the Court and defendant Brima Wurie under Chapter 228 (Sections 3591-3598) of Title 18, United States Code, that if Brima Wurie is convicted for the intentional killing of Luis Carvalho, as charged by Count Thirty-Two of the Superseding Indictment, the Government will not seek the sentence of death for that offense.

  The United States of America further notifies the Court and defendants Amando Monteiro, Angelo Brandao, and Louis Rodrigues under Chapter 228 (Sections 3591-3598) of Title 18, United States Code, that if Amando Monteiro, Angelo Brandao, or Louis Rodrigues is convicted for the intentional killing of Dinho Fernandes, as charged by Count Thirty-Three of the Superseding Indictment, the Government will not seek the sentence of death for that offense.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney


By:               /s/ Theodore B. Heinrich
                    THEODORE B. HEINRICH
                    Assistant U.S. Attorney
                    U. S. Attorney's Office
                    John Joseph Moakley
                    United States Courthouse
                    1 Courthouse Way, Suite 9200
                    Boston, MA  02210
                    617-748-3245

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

All counsel of record.

This 18th day of January, 2005.

    <u>/s/ Theodore B. Heinrich</u>
    THEODORE B. HEINRICH
    ASSISTANT UNITED STATES ATTORNEY