```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                          |   |                                    |
|--------------------------|---|------------------------------------|
| UNITED STATES            | ) |                                    |
|     v.                   | ) | CRIMINAL ACTION NO. 03-10329-PBS   |
| ANGELO BRANDAO,          | ) |                                    |
| BRIMA A. WURIE,          | ) |                                    |
|                          | ) |                                    |
|         Defendants.      | ) |                                    |

**PROCEDURAL ORDER**

February 16, 2006

Saris, U.S.D.J.

I have received a letter from a juror in the above-referenced case. I am forwarding a copy of her letter and my response, but not docketing them. Counsel shall respond to her request within ten (10) days.

```
                                    /s/ Patti B. Saris
                                    _____
                                    PATTI B. SARIS
                                    United States District Judge
```