UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                      )
UNITED STATES                         )
                                      )
          v.                          ) CRIMINAL NO. 03-10329-PBS
                                      )
ANGELO BRANDAO, BRIMA WURIE,          )
                                      )
                    Defendants.       )
                                      )
```

Received
02/09/06
2:15 pm

## VERDICT FORM

February 6, 2006

Saris, U.S.D.J.

### *COUNT ONE (18 U.S.C. § 1962(c) RACKETEERING)*

Q.1. Did the government prove beyond a reasonable doubt,
that the enterprise alleged in the indictment existed **AND** that
the enterprise was engaged in interstate commerce or its
activities affected interstate commerce?

　　　✓ Yes　　　　　　　_____ No

[If you answered Q.1 Yes, proceed to Q.2 through Q.14.  If you
answered Q.1 No, there is no need to answer any further
questions, and the Court will enter a verdict of not guilty as to
each defendant on each count.]

#### Angelo Brandao

Q.2. Did the government prove beyond a reasonable doubt that
defendant **Brandao** was a member of or associated with the
enterprise?

　　　✓ Yes　　　　　　　_____ No

[If you answered Q.2 Yes, proceed to Q.3 through Q.7.  If you
answer Q.2 No, skip to Q.8.  There is no need to answer any
further questions as to defendant Brandao, and the Court will
enter a verdict of not guilty as to defendant Brandao on all
counts.]

Q.3. (a) Has the government proven beyond a reasonable doubt that defendant **Brandao** is guilty of Racketeering Act One, conspiracy to murder members and associates of a rival gang known as Wendover?

_____ Yes          __✓__ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes          __✓__ No

Q.4. (a)  Has the government proven beyond a reasonable doubt that defendant **Brandao** is guilty of Racketeering Act Ten, assault with intent to murder Antonio Dias?

_____ Yes          __✓__ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes          __✓__ No

Q.5. (a) Has the government proven beyond a reasonable doubt that defendant **Brandao** committed Racketeering Act Eleven, assault with intent to murder Alcides Depina?

__✓__ Yes          _____ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

__✓__ Yes          _____ No

Q.6. (a) Has the government proven beyond a reasonable doubt that defendant **Brandao** committed Racketeering Act Twenty, the murder of Dinho Fernandes?

__✓__ Yes          _____ No

2

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_√_ Yes                    _____ No

[Proceed to Q.7 only if you answered Yes to both parts of at least two of questions 3 through 6.  If you did not answer Yes to at least two of questions 3 through 6, skip to Q.8 and the Court will enter a verdict of not guilty as to defendant Brandao on Count One.]

Q.7. Has the government proven beyond a reasonable doubt that defendant **Brandao** engaged in a pattern of racketeering activity and participated in the conduct of the enterprise through a pattern of racketeering activity?

_√_ Yes                    _____ No

### Brima Wurie

Q.8. Did the government prove beyond a reasonable doubt that defendant **Wurie** was a member of or associated with the enterprise?

_____ Yes                    _√_ No

[If you answered Q.8 Yes, proceed to Q.9 through Q.14.  If you answered Q.8 No, there is no need to answer any further questions as to defendant Wurie, and the Court will enter a verdict of not guilty as to defendant Wurie on all counts.]

Q.9. (a) Has the government proven beyond a reasonable doubt that defendant **Wurie** is guilty of Racketeering Act One, conspiracy to murder members and associates of a rival gang known as Wendover?

_____ Yes                    _____ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes                    _____ No

3

Q.10.  (a) Has the government proven beyond a reasonable doubt that defendant **Wurie** committed Racketeering Act Thirteen, assault with intent to murder Eddie Brito?

_____ Yes                    _____ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes                    _____ No

Q.11.  (a) Has the government proven beyond a reasonable doubt that defendant **Wurie** committed Racketeering Act Fifteen, the murder of Luis Carvalho?

_____ Yes                    _____ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes                    _____ No

Q.12.  (a) Has the government proven beyond a reasonable doubt that defendant **Wurie** committed Racketeering Act Seventeen, assault with intent to murder Hubert Pilet?

_____ Yes                    _____ No

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes                    _____ No

Q.13.  (a) Has the government proven beyond a reasonable doubt that defendant **Wurie** committed Racketeering Act Nineteen, assault with intent to murder Gelson Brandao?

_____ Yes                    _____ No

4

(b) Has the government proven beyond a reasonable doubt that a nexus or relationship exists between this racketeering act and the enterprise?

_____ Yes                 _____ No

[Proceed to Q.14 only if you have answered Yes to both parts of at least two of questions 9 through 13. If you did not answer Yes to at least two of questions 9 through 13, skip to Q.15 and the Court will enter a verdict of not guilty as to defendant Wurie on Count One.]

Q.14.  Has the government proven beyond a reasonable doubt that defendant **Wurie** engaged in a pattern of racketeering activity and participated in the conduct of the enterprise through the pattern of racketeering activity?

_____ Yes                 _____ No

### *COUNT TWO (18 U.S.C. § 1962(d) RACKETEERING CONSPIRACY)*

#### **Angelo Brandao**

[Answer only if you answered Q.1 Yes and Q.2 Yes.]

_____ NOT GUILTY     __✓__ GUILTY

#### **Brima Wurie**

[Answer only if you answered Q.1 Yes and Q.8 Yes.]

_____ NOT GUILTY     _____ GUILTY

### *COUNT THREE (18 U.S.C. § 1959(a)(5) CONSPIRACY TO MURDER MEMBERS OF A RIVAL GANG KNOWN AS WENDOVER IN AID OF RACKETEERING)*

#### **Angelo Brandao**

[Answer only if you answered Q.1 Yes and Q.2 Yes.]

__✓__ NOT GUILTY     _____ GUILTY

#### **Brima Wurie**

[Answer only if you answered Q.1 Yes and Q.8 Yes.]

_____ NOT GUILTY     _____ GUILTY

5

**ANGELO BRANDAO**

### COUNT FIFTEEN (18 U.S.C. § 1959(a)(3) ASSAULT IN AID OF RACKETEERING) - ANTONIO DIAS

[You must answer Counts Fifteen, Sixteen, Seventeen, Eighteen, and Thirty-three NOT GUILTY if you answered Q.1 No or Q.2 No.]

_√_ NOT GUILTY      _____ GUILTY

### COUNT SIXTEEN (18 U.S.C. § 924(c) USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE) - ANTONIO DIAS

[You must answer Count Sixteen NOT GUILTY if you answered Count Fifteen NOT GUILTY.]

_√_ NOT GUILTY      _____ GUILTY

### COUNT SEVENTEEN (18 U.S.C. § 1959(a)(3) ASSAULT IN AID OF RACKETEERING) - ALCIDES DEPINA

[You must answer Counts Fifteen, Sixteen, Seventeen, Eighteen, and Thirty-three NOT GUILTY if you answered Q.1 No or Q.2 No.]

_____ NOT GUILTY      _√_ GUILTY

### COUNT EIGHTEEN (18 U.S.C. § 924(c) USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE) - ALCIDES DEPINA

[You must answer Count Eighteen NOT GUILTY if you answered Count Seventeen NOT GUILTY.]

_____ NOT GUILTY      _√_ GUILTY

### COUNT THIRTY-THREE (18 U.S.C. § 1959(a)(1) MURDER IN AID OF RACKETEERING) - DINHO FERNANDES

[You must answer Counts Fifteen, Sixteen, Seventeen, Eighteen, and Thirty-three NOT GUILTY if you answered Q.1 or Q.2 No.]

_√_ NOT GUILTY      _____ GUILTY

6

**BRIMA WURIE**

### **COUNT TWENTY-ONE (18 U.S.C. § 1959(a)(3) ASSAULT IN AID OF RACKETEERING) - EDDIE BRITO**

[You must answer Counts Twenty-one, Twenty-two, Twenty-six, Twenty-seven, Thirty, Thirty-one, and Thirty-two NOT GUILTY if you answered Q.1 No or Q.8 No.]

\_\_\_\_\_ NOT GUILTY  \_\_\_\_\_ GUILTY

### **COUNT TWENTY-TWO (18 U.S.C. § 924(c) USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE) - EDDIE BRITO**

[You must answer Count Twenty-two NOT GUILTY if you answered Count Twenty-one NOT GUILTY.]

\_\_\_\_\_ NOT GUILTY  \_\_\_\_\_ GUILTY

### **COUNT TWENTY-SIX (18 U.S.C. § 1959(a)(3) ASSAULT IN AID OF RACKETEERING) - HUBERT PILET**

[You must answer Counts Twenty-one, Twenty-two, Twenty-six, Twenty-seven, Thirty, Thirty-one, and Thirty-two NOT GUILTY if you answered Q.1 No or Q.8 No.]

\_\_\_\_\_ NOT GUILTY  \_\_\_\_\_ GUILTY

### **COUNT TWENTY-SEVEN (18 U.S.C. § 924(c) USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE) - HUBERT PILET**

[You must answer Count Twenty-seven NOT GUILTY if you answered Count Twenty-six NOT GUILTY.]

\_\_\_\_\_ NOT GUILTY  \_\_\_\_\_ GUILTY

### **COUNT THIRTY (18 U.S.C. § 1959(a)(3) ASSAULT IN AID OF RACKETEERING) - GELSON BRANDAO**

[You must answer Counts Twenty-one, Twenty-two, Twenty-six, Twenty-seven, Thirty, Thirty-one, and Thirty-two NOT GUILTY if you answered Q.1 No or Q.8 No.]

\_\_\_\_\_ NOT GUILTY  \_\_\_\_\_ GUILTY

7

## COUNT THIRTY-ONE (18 U.S.C. § 924(c) USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE) - GELSON BRANDAO

[You must answer Count Thirty-one NOT GUILTY if you answered Count Thirty NOT GUILTY.]

_____ NOT GUILTY      _____ GUILTY

## COUNT THIRTY-TWO (18 U.S.C. § 1959(a)(1) MURDER IN AID OF RACKETEERING) - LUIS CARVALHO

[You must answer Counts Twenty-one, Twenty-two, Twenty-six, Twenty-seven, Thirty, Thirty-one, and  Thirty-two NOT GUILTY if you answered Q.1 or Q.8 No.]

_____ NOT GUILTY      _____ GUILTY

**I hereby certify that the answer to each one of the above questions is unanimous.**

Dated: February 9, 2006

_____
**Jury Foreperson**

8