UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRIMA WURIE

CRIMINAL ACTION
NO. 03-10329-PBS

## JUDGMENT OF ACQUITTAL

The Defendant having been found not guilty at trial by jury, the Court orders entry of judgment of acquittal. IT IS ORDERED that the Defendant is acquitted.

_____
The Honorable Patti B. Saris
Judge, United States District Court

2/28/06
Date